# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

In Re:
PAUL CLIFFORD CLAMPIT
DONNA JEAN CLAMPIT
6511 WHIMS RD
CANAL WINCHESTER, OH 43110

SSN(S):    XXX-XX-4980
            XXX-XX-1210

Case No: 04-66253

Chapter 13

Judge Hoffman

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: March 2, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| SANFORD J COHAN ESQ<br>2500 CORPORATE EXCHNG DR<br>151A<br>COLUMBUS, OH 43231 | 5.88 |